EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Juan Camacho Maldonado | 2009 TSPR 185 <br><br> 177 DPR _____ |

Número del Caso: TS-5249


Fecha: 29 de diciembre de 2009


Abogado de la Parte Peticionaria:

                Por derecho propio


Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Juan Camacho Maldonado                    TS-5249


RESOLUCIÓN

San Juan, Puerto Rico, a 29 de diciembre de 2009.

Examinada la *Moción Urgente en Solicitud de Reinstalación*, se reinstala al Lcdo. Juan Camacho Maldonado al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez concurre en los méritos.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo